IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH LEE HOWARD, § § Petitioner, § § v. § § UNITED STATES OF AMERICA, § § Respondent. § § § § § § | Criminal Action No. H-02-373 Civil Action No. H-05-2895 |

# FINAL JUDGMENT

As the Court has granted Respondent United States of America's Motion to Dismiss and denied Howard's Motion to Vacate, Set Aside, or Correct Sentence, the Court hereby

ORDERS that final judgment be entered. Petitioner's claims against Respondent are DISMISSED.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 6th day of December, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge